UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**DESTRY WHITE**                                                                                          **PLAINTIFF**

vs.                                                                  CIVIL ACTION NO.  **3:16CV-646-CRS**

**PORTFOLIO RECOVERY ASSOCIATES, INC., ET AL**                        **DEFENDANTS**

**ORDER**

Magistrate Judge Dave Whalin having notified the Court of a settlement in this matter as a result of settlement negotiations conducted on February 8, 2017 (DN 14),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice from the Court's docket with leave to reinstate within thirty (30) days if the settlement is not consummated. Parties may tender a supplemental order of dismissal if they so desire.

Dated:   February 10, 2017

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Plaintiff, *pro se*
      Counsel of Record